UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsuscourts.gov

IN RE:

LUCIEN, KESNEL

                                                              Case#:  14-26689-EPK
                                                              CHAPTER 13

        Debtor.
_____/

**MOTION TO SUBSTITUTE COUNSEL**

The Debtor requests to substitute counsel and states the following:

1. The Debtor(s) filed a case pro se under Chapter 7 of the Bankruptcy Code.

2. The Debtor(s) subsequently hired Gregorie Dolce, ESQ. to represent him in the Chapter 7 Bankruptcy.

3. The Debtor(s) wishes to substitute counsel from Gregorie Dolce, Esq.. To SEAN I. KOPLOW, ESQ.

4. Attached is a stipulation for substitution of Counsel.

WHEREFORE the Debtors respectfully request that this Court grant their request to substitute counsel and any other relief this Court deems just and proper.

      I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A))

      I HEREBY CERTIFY that a true and correct copy of the foregoing was mail by U.S. Mail to Robin Weiner, Trustee, P.O. Box 559007, Ft Lauderdale, FL 33355-9007, Michael Baxt, 250 S Australian Ave, Suite 700, West Palm Beach, FL 33401, Deborah

Menotte, PO Box 211087, West Palm Beach, FL 33421 and all those on creditor mailing matrix, this 26th day of January, 2015.

                                              SEAN I. KOPLOW, PA
                                              6801 Lake Worth Road
                                              Suite 315
                                              Lake Worth, FL 33467
                                              (561) 642-3000    Office
                                              (561) 965-4966    Fax

                                              /s/ SEAN I. KOPLOW
                                              _____
                                              Sean I. Koplow
                                              FL Bar No. 0463205