UNITED STATES BANKRUPTCY COURT
SOUTHRT DISTRICT OF FLORIDA
Division : West Palm Beach

IN RE:                                                    CASE NUMBER :   14-26689-EPK

KESEL LUCIEN                                              CHAPTER 7

_____/

STIPULATION FOR SUBSTITUTION OF COUNSEL

Come Now the undersigned counsel, and with the full knowledge, consent , authority and joinder of Debtor, KESEL LUCIEN, do hereby STIPULATE AND AGREE that SEAN I. KOPLOW, Esq. Shall be substituted for GREGORIE DOLCE attorney of record for Debtor, KESEL LUCIEN, in the above styled action.

Dated: January 26, 2015

_____           _____
SEAN I. KOPLOW, ESQ                         GREGORIE DOLCE, ESQ.
6801 Lake Worth Road                        Dolce Law Firm.
Suite 315                                   200 South Biscayne Blvd.
Lake Worth, FL 33467                        Suite 4000
(561) 642-3000   Tel.                       Miami, FL 33131
(561) 965-4966   Fax                        (305) 734- 3529  Tel
                                                             Fax

_____
KESEL LUCIEN